Meza v Old Republic Ins. Co. (2025 NY Slip Op 04815)

Meza v Old Republic Ins. Co.

2025 NY Slip Op 04815

Decided on August 28, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: August 28, 2025

Before: Moulton, J.P., Kennedy, Mendez, Rodriguez, JJ. 

Index No. 153776/22|Appeal No. 3873|Case No. 2023-04637|

[*1]Roy Meza, Plaintiff-Respondent,
v
Old Republic Insurance Company et al., Defendants-Appellants, ABC Corp (1-10), Defendant.

An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, New York County (Suzanne Adams, J.), entered on or about August 01, 2023,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated July 17, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: August 28, 2025